**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:06-CR-0199-11** |
| | : | |
| **v.** | : | **(Judge Conner)** |
| | : | |
| **FERNANDO BELTRAN,** | : | |
| **Defendant** | : | |

## O R D E R

AND NOW, this 30th day of May, 2007, upon consideration of the motion to withdraw as counsel for defendant Fernando Beltran (Doc. 409), filed by Marc A. Scaringi, Esquire, averring that defendant has requested that their attorney-client relationship be terminated and that the defendant wishes to request the appointment of a Federal Public Defender (see Doc. 409) and it appearing that defendant has not filed a Financial Affidavit (CJA-23) in support of his request for a Federal Public Defender in the captioned matter, it is hereby ORDERED that:

1. On or before June 18, 2007, defendant shall either: (a) file a Financial Affidavit (CJA-23) in support of his request for a Federal Public Defender, (b) have new counsel enter an appearance on his behalf, or (c) inform the court of his desire to proceed *pro se*.

2. On or before June 8, 2007, Marc A. Scaringi, Esquire, shall serve a copy of this order and a Financial Affidavit (CJA-23) on defendant and file proof thereof with the court.

S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge