# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO 1:06-CR-0199** |
| | : | |
| v. | : | (Chief Judge Conner) |
| | : | |
| **FERNANDO BELTRAN** | : | |

## **ORDER**

AND NOW, this 3rd day of March, 2014, upon consideration of the motion (Doc. 1811) to vacate, set aside, or correct sentence filed by defendant Fernando Beltran ("Beltran"), and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that

1. Beltran's motion (Doc. 1811) to vacate, set aside, or correct sentence is DENIED.

2. The court finds no basis to issue a certificate of appealability. See FED. R. APP. P. 22(b)(1); 28 U.S.C. § 2253.

      /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania