# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | : CRIMINAL NO. 1:06-CR-0199 |
| v. | : (Chief Judge Conner) |
| **FERNANDO BELTRAN** | : |

## ORDER

AND NOW, this 3rd day of March, 2014, upon consideration of the notice of election (Doc. 1802) filed by defendant Fernando Beltran ("Beltran") on April 16, 2013, and it appearing that Beltran wishes to withdraw his motion (Doc. 1788) to vacate and file an all-inclusive motion under 28 U.S.C. § 2255, and it further appearing that Beltran subsequently filed an all-inclusive motion (Doc. 1811) under 28 U.S.C. § 2255 on July 8, 2013, it is hereby ORDERED that the motion (Doc. 1788) to vacate, set aside, or correct a sentence is DEEMED withdrawn.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania